

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Cressie JoAnn Marshall, Appellant

No. 06-21-00066-CR        v.

The State of Texas, Appellee

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2015-C-0087). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter* participating.    *Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We note that the appellant, Cressie JoAnn Marshall, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JANUARY 26, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk